UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Renee Lamando,

                         Plaintiff,

   -v.-

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Rocket Mortgage,

                        Defendants.
---------------------------------------------------------------------------x

Civil Action No:
3:23-cv-147

## NOTICE OF VOLUNTARY DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Experian Information Solutions, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Experian Information Solutions, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 25, 2023

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: July 30, 2023
      Albany, NY

Respectfully Submitted,

 /s/Tamir Saland
Tamir Saland, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
tsaland@steinsakslegal.com
 Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*