UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Renee Lamando,

                      Plaintiff,

   -v.-

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Rocket Mortgage,

                      Defendants.
---------------------------------------------------------------------------x

Civil Action No:
3:23-cv-147

**JOINT STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff and the Defendant, Equifax Information Services, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 4, 2023

| For Plaintiff Renee Lamando | For Defendant Equifax Information Services, LLC |
|---|---|
| *s/Tamir Saland* <br> Tamir Saland <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> tsaland@steinsakslegal.com | *s/Boris Brownstein* <br> Boris Brownstein <br> Clark Hill PLC <br> 210 Carnegie Center Ste 102 <br> Princeton, NJ 08540 <br> Ph: 609-785-2923 <br> bbrownstein@clarkhill.com |

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: October 10, 2023
Albany, NY

## CERTIFICATE OF SERVICE

I certify that on October 4, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Tamir Saland
Tamir Saland
**Stein Saks, PLLC**
*Attorneys for Plaintiff*