UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RENEE LAMANDO,**
    **Plaintiff,**

  **vs.**              **3:23-CV-0147**
                     **(MAD/ML)**

**ROCKET MORTGAGE,**
    **Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. No. 16) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 24th day of January, 2024.

DATED: January 24, 2024

                *[signature]*
                Clerk of Court

                s/Britney Norton
                Deputy Clerk